IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 1:18-cv-350 |
| | § | |
| $26,535.00 IN UNITED STATES | § | |
| CURRENCY, | § | |
| Defendant. | § | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

In accordance with Fed. R. Civ. P. Supplemental Rule G(2), the United States of

America, Plaintiff, brings this complaint and alleges as follows:

Nature of the Action

1.     This is an action to forfeit property to the United States pursuant to 21

U.S.C. § 881(a)(6).

Defendant In Rem

2.     The defendant property is $26,535.00 in United States Currency (Defendant

Property).  Officers with the Beaumont Police Department seized the Defendant Property

on June 7, 2018.  The Defendant Property is currently in the custody of the Beaumont

Police Department.

Jurisdiction and Venue

3.     The Court has subject matter jurisdiction over an action commenced by the

United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to

**Verified Complaint – Page 1**

28 U.S.C. § 1355(a).

4.      The Court has in rem jurisdiction over the Defendant Property pursuant to

28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred

in this district.

5.      Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1)(A)

because acts or omissions giving rise to the forfeiture occurred in this district.

Basis for Forfeiture

6.      The Defendant Property is subject to forfeiture pursuant to 21 U.S.C.

§ 881(a)(6) because it constitutes (i) money, negotiable instruments, securities and other

things of value furnished and intended to be furnished in exchange for a controlled

substance in violation of the Controlled Substances Act; (ii) proceeds traceable to such an

exchange; or (iii) money, negotiable instruments, and securities used and intended to be

used to facilitate a violation of the Controlled Substances Act.

Facts

7.

On June 7, 2018, Beaumont Police Officers responded to an alleged shooting in

Beaumont, Jefferson County, Texas.  They discovered a male victim, dead, at the scene.

The victim's vehicle, a 2012 Lincoln MKS, parked nearby with the driver's door open.

Near the vehicle, Officers found blood spatter and shell casings.

The deceased was identified as Marcus Mitchell.  A witness at the scene, Juanita

Yates, identified herself as the girlfriend of Marcus Mitchell.  She watched as a black

male approached Mitchell as he exited his vehicle, and shot Mitchell 3 or 4 times at close range.

Further inspection of the Lincoln revealed bullets holes in the exterior of the vehicle and blood on the driver's seat.  The Officers discovered three cell phones on the driver's seat along with a red and white fabric bag, (a fourth phone was eventually found).  Upon opening the bag, the Officers found a large amount of currency, bundled with rubber bands.

Upon questioning, Yates advised that she was aware that Mitchell was involved in drug trafficking.  Because of the way the currency was bundled, that statement made by Mitchell's girlfriend, and the fact that Mitchell had no known source of income, the currency was seized for forfeiture.  The Officers had reason to believe that the currency represents proceeds from illegal narcotic sales.

Potential Claimants

    8.    The only known potential claimants to the Defendant Property are:

    Representative of the Estate of Marcus Deshawn Mitchell
    1115 Powell Street
    Beaumont, Texas 77701;

    Representative of the Estate of Marcus Deshawn Mitchell
    1450 North Major Drive Apt. #211
    Beaumont, Texas 77706; and

    Bobbie J. Mitchell
    1906 Mackenzie Way
    Missouri City, Texas 77489.

Claim for Relief

9.      The United States respectfully requests that the Court forfeit the Defendant

Property to the United States, award costs and disbursements in this action to the United

States, and order any other relief that the Court deems appropriate.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____/s/_____
MICHAEL W. LOCKHART
Assistant United States Attorney
Eastern District of Texas
Texas Bar No. 12472200
350 Magnolia Avenue, Suite 150
Beaumont, Texas  77701-2237
(409) 839-2538
(409) 839-2643 (fax)
michael.lockhart@usdoj.gov

## <u>VERIFICATION PURSUANT TO 28 U.S.C. § 1746</u>

I, Corey Pinckney, hereby state that:

1.   I am a Task Force Officer with the Drug Enforcement Administration.

2.   I have read this Complaint, and the information contained herein is true and correct to the best of my knowledge.

3.   The information contained in this Complaint comes from the official files and records of the United States, statements from other law enforcement officers, and my investigation of this case.

I state and verify under penalty of perjury that the foregoing is true and correct.

Corey Pinckney
Task Force Officer
Drug Enforcement Administration


Dated: July 17, 2018.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| Plaintiff, | § | | |
| | § | | |
| v. | § | NO: | 1:18-cv-350 |
| | § | | |
| $26,535.00 IN UNITED STATES | § | | |
| CURRENCY | § | | |
| Defendant. | § | | |

## **ORDER**

After review of the government's Amended Complaint for Forfeiture in Rem against $26,535.00 in United States currency (Defendant Property) and upon the Court's determination that probable cause exists for the arrest and seizure of this property, the Court orders as follows:

1.	That a Warrant for Arrest of said Defendant Property be issued, and that the United States Marshals Service, or other authorized officer, arrest the Defendant Property and take it into possession for safe custody as provided by Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, until further order of the Court, and to make a return as provided by law.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| Plaintiff, | § | | |
| | § | | |
| v. | § | NO: | 1:18-cv-350 |
| | § | | |
| $26,535.00 IN UNITED STATES | § | | |
| CURRENCY | § | | |
| Defendant. | § | | |

## **WARRANT OF ARREST OF PROPERTY**

TO:    The United States Marshal for the Eastern District of Texas and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court.

A Complaint for Forfeiture against the $26,535.00 in United States currency (Defendant Property), has been filed in this Court by the Government, and the Court has ordered that a Warrant for Arrest be issued.  Accordingly;

YOU ARE COMMANDED to do the following:

1.    To arrest the defendant property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

2.    Promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individual(s) served and the manner employed.

**Warrant of Arrest of Property - Page 1**

Dated: _____

DAVID O'TOOLE
Clerk of the Court
United States District Court for the
Eastern District of Texas


By:      _____
         Deputy Clerk

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)   PLAINTIFFS

United States of America

## DEFENDANTS

$26,535.00 in U.S. currency

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant     Jefferson
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Michael W. Lockhart, USAO, 350 Magnolia Ave, Suite 150
Beaumont, Texas  77701 (409) 839-2538

Attorneys (If Known)

## II.  BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☒ 1   U.S. Government
Plaintiff
- ☐ 2   U.S. Government
Defendant
- ☐ 3   Federal Question
(U.S. Government Not a Party)
- ☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☒ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V.  ORIGIN   (Place an "X" in One Box Only)

- ☒ 1   Original Proceeding
- ☐ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from another district (specify)
- ☐ 6   Multidistrict Litigation
- ☐ 7   Appeal to District Judge from Magistrate Judgment

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
This is an in rem civil forfeiture proceeding pursuant to 21 USC 881
Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII.  RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
07/18/2018

SIGNATURE OF ATTORNEY OF RECORD
/s/ Michael W. Lockhart

FOR OFFICE USE ONLY

RECEIPT #              AMOUNT              APPLYING IFP              JUDGE              MAG. JUDGE